UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60066-MD

UNITED STATES OF AMERICA

v.

ASHLEY R. RIVERS
a/k/a "Ashley Rad Hilliard,"

Defendant.

_____/

## STIPULATED STATEMENTS OF FACT

The United States of America and Defendant **ASHLEY R. RIVERS** ("**RIVERS**") agree that, had this case gone to trial, the United States would have proven, beyond a reasonable doubt, the following facts, among others, which occurred in Broward County, in the Southern District of Florida:

1.      On July 16, 2016, **RIVERS** submitted a DS-11 passport application in person at the Coral Springs City Hall in Coral Springs, Broward County, Florida, under the name "Ashley Rad Hilliard." On the application, **RIVERS** swore under oath that he is a U.S. citizen and swore that the information on the passport application was true and correct. **RIVERS** true and correct name is not Ashley Rad Hilliard, and he is not a U.S. citizen. Therefore, the statements **RIVERS** knowingly and willfully made in the passport application were false and were made with the intention of receiving a U.S. passport for his own use.

2.      Additionally, on July 14, 2020, **RIVERS** submitted a voter registration application to the Broward Supervisor of Elections. On that application, **RIVERS** registered under the name "Ashley Rad Hilliard." The checkbox containing the attestation to U.S. citizenship was checked, and the registration was signed by **RIVERS**. The voter registration application contained a false statement regarding **RIVERS'** citizenship status. The voter registration application was submitted

for the purpose of registering to vote or to vote in a Federal, State or local election.

3.      **RIVERS** voted in the 2020 general election while knowingly and willfully giving false information as to his name. **RIVERS** falsely stated that his name was "Ashley Rad Hilliard" for purposes of establishing his eligibility to vote in a general, special, or primary elections held solely or in part for the purpose of selecting or electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate or Member of the United States House of Representatives.

4.      **RIVERS** also voted in the 2024 general election while knowingly and willfully giving false information as to his name. **RIVERS** falsely stated that his name was "Ashley Rad Hilliard" for purposes of establishing his eligibility to vote in a general, special, or primary elections held solely or in part for the purpose of selecting or electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate or Member of the United States House of Representatives.

**[SPACE INTENTIONALLY LEFT BLANK]**

2

The defendant agrees that aforementioned facts satisfy the following: the elements of false statement in application and use of passport, in violation of Title 18, United States Code, Section 1524, as charged in Count 1 of the Indictment; the elements of false claim of citizenship in order to vote, in violation of Title 18, United States Code, Section 1015(f), as charged in Count 2 of the Indictment; the elements of false information in voting, in violation of Title 52, United States Code, Section 10307(c), as charged in Count 3 of the indictment; and, the elements of false information in voting, in violation of Title 52, United States Code, Section 10307(c), as charged in Count 4 of the indictment.

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

Date: 7-23-25

By: _____
Christopher Killoran, Esq.
Assistant United States Attorney

Date: 7/23/25

By: _____
Huda Ajlani-Macri, Esq.
Attorney for the Defendant

Date: 7/23/25

By: _____
Ashley R. Rivers
Defendant

3